IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Barbara Todd Hardee, | C/A No.: 1:19-428-DCN-SVH |
| Plaintiff, | |
| vs. | ORDER |
| Andrew Saul,[1] Commissioner of Social Security Administration, | |
| Defendant. | |

This matter comes before the court on a review of the docket in this case, which reveals that Plaintiff has failed to timely file her brief. Defendant filed an answer and the administrative record of the underlying proceedings on June 17, 2019. [ECF Nos. 8, 9]. Pursuant to Local Civ. Rule 83VII.04 (D.S.C.), Plaintiff's brief was originally due on July 17, 2019. Plaintiff has not yet filed a brief in this matter. As such, it appears to the court that Plaintiff wishes to abandon this action. Therefore, Plaintiff is directed to file a brief by July 29, 2019, and is warned that failure to file the brief by the revised final deadline may result in the case being recommended for dismissal with prejudice for failure to prosecute.

---

[1] Andrew Saul was sworn in as Commissioner of Social Security on June 17, 2019, and is substituted as defendant.

IT IS SO ORDERED.

July 22, 2019  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge